

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Tedrick Kanard Edwards, Appellant

No. 06-22-00103-CR          v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 21F0589-202). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that Edwards was convicted of second-degree aggravated assault with a deadly weapon. As modified, we affirm the judgment of the trial court.

We note that the appellant, Tedrick Kanard Edwards, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 10, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk